# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

| | | |
|---|---|---|
| In Re: | Khary Amin Moorman | Chapter 13 |
| | Adel Dorathea Moorman | Case No.: 17-72463-SCS |
| Debtor(s) | | |
| | SSN: XXX-XX-8546   XXX-XX-2008 | |

## MOTION AND NOTICE TO ALLOW CLAIMS

**This pleading is being served by means of first class mail postage pre-paid on all creditors and parties in interest. It contains important information, and should be reviewed by you. Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)** According to the records of R. Clinton Stackhouse, Jr., Chapter 13 Trustee, the creditors set out below have filed claims seeking distribution from the estate. Each of the claims will be allowed as recited below unless on or before twenty one (21) days following the date of this Notice, a party in interest objects pursuant to the applicable provisions of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure. Upon expiration of the twenty one (21) day period, an Order will be presented to the Court granting the Motion. You will not receive a copy of the Order, but may review it at the Bankruptcy Court Clerk's Office during business hours. You may also obtain a copy of the Order from the Chapter 13 Trustee. The name, address, and other pertinent information regarding the claims follows.

| Claim# | Creditor Name | Date Filed | Claim Allowed | % Interest | Type |
|---|---|---|---|---|---|
| 10 | Applewood Sub. Owners Assoc<br>C/O UPA<br>525 S Independence Blvd, Ste 200<br>Virginia Beach, VA 23452 | 08-Dec-2017 | $763.00 | 0.00%<br>"No Interest" | Secured |
| 1 | Carrington Mortgage Services, LLC<br>Po Box 3730<br>Anaheim, CA 92806 | 02-Aug-2017 | $18,821.09 | 0.00%<br>"No Interest" | Mortgage |
| 3 | Navy Federal Credit Union<br>PO BOX 3000<br>Merrifield, VA 22119-3000 | 08-Sep-2017 | $2,310.27 | 5.25% | Secured - Vehicle W/Permo |
| 5 | Navy Federal Credit Union<br>PO BOX 3000<br>Merrifield, VA 22119-3000 | 08-Sep-2017 | $8,475.00 | 5.25% | Secured - Vehicle W/Permo |
| | BWW law Group<br>8100 Three Chopt Road, Ste 240<br>henricco, VA 23229 | "Claim Not Filed" | $0.00 | 0.00%<br>"No Interest" | Notice Only |
| | Pender & Coward<br>222 Central Park Avenue<br>Virginia Beach, VA 23462 | "Claim Not Filed" | $0.00 | 0.00%<br>"No Interest" | Notice Only |
| 2/2-2 | City of Suffolk - Treasurer's Office<br>442 West Washington Street<br>Suffolk, VA 23434 | 07-Aug-2017 | $1,580.62 | 0.00%<br>"No Interest" | Secured |
| | Allstate Indeminty Co<br>PO Box 3576<br>Akron, OH 44309-3576 | "Claim Not Filed" | $0.00 | 0.00%<br>"No Interest" | Joint Debt @ 100% |
| 9 | AT&T Mobility II LLC<br>Karen A. Cavagnaro Lead Paralegal<br>One AT&T Way, Room 3A104<br>Bedminster, NJ 07921 | 03-Nov-2017 | $2,944.31 | 0.00%<br>"No Interest" | Unsecured |

R. Clinton Stackhouse, Jr.
Chapter 13 Trustee
7021 Harbour View Boulevard, Suite 101
Suffolk, Virginia 23435
(757) 333-4000

Continued on next page...

| Claim# | Creditor Name | Date Filed | Claim Allowed | % Interest | Type |
|---|---|---|---|---|---|
|  | Citi Cards<br>PO Box 6497<br>Sioux Falls, SD  57117 | "Claim Not Filed" | $0.00 | 0.00%<br>"No Interest" | Unsecured |
|  | Enhanced Recovery Corporation<br>8014 Bayberry Rd<br>Jacksonville, FL  32256 | "Claim Not Filed" | $0.00 | 0.00%<br>"No Interest" | Unsecured |
|  | Citi Cards<br>PO Box 6497<br>Sioux Falls, SD  57117 | "Claim Not Filed" | $0.00 | 0.00%<br>"No Interest" | Unsecured |
| 7 | US Department of Education<br>FedLoan Servicing<br>PO Box 530210<br>Atlanta, GA  30353-0210 | 27-Sep-2017 | $22,406.09 | 0.00%<br>"No Interest" | Unsecured |
|  | HRSD<br>1434 Air Rail Ave<br>Virginia Beach, VA  23455 | "Claim Not Filed" | $0.00 | 0.00%<br>"No Interest" | Unsecured |
|  | Midland Credit Management<br>Attn: Consumer Support Svcs<br>2365 Northside Dr., Suite 300<br>San Diego, CA  92108 | "Claim Not Filed" | $0.00 | 0.00%<br>"No Interest" | Unsecured |
| 4 | Navy Federal Credit Union<br>PO BOX 3000<br>Merrifield, VA  22119-3000 | 08-Sep-2017 | $7,679.16 | 0.00%<br>"No Interest" | Unsecured |
|  | OneMain Financial<br>PO Box 6042<br>Sioux Falls, SD  57117-6042 | "Claim Not Filed" | $0.00 | 0.00%<br>"No Interest" | Joint Debt @ 100% |
| 8 | Midland Credit Management Inc<br>as agent for Midland Funding LLC<br>PO Box 2011<br>Warren, MI  48090 | 17-Oct-2017 | $379.55 | 0.00%<br>"No Interest" | Unsecured |
|  | US Department of Treasury<br>Debt Management Services<br>PO Box 979101<br>Saint Louis, MO  63196-9000 | "Claim Not Filed" | $0.00 | 0.00%<br>"No Interest" | Unsecured |
|  | AFNI, Inc.<br>PO Box 3097<br>Bloomington, IL  61701 | "Claim Not Filed" | $0.00 | 0.00%<br>"No Interest" | Notice Only |
|  | CREDIT COLLECTION SERVICES<br>TWO WELLS AVENUE<br>NEWTON CENTER, MA  02459 | "Claim Not Filed" | $0.00 | 0.00%<br>"No Interest" | Notice Only |
|  | Credit Control Corp<br>11821 Rock Landing<br>Newport News, VA  23612 | "Claim Not Filed" | $0.00 | 0.00%<br>"No Interest" | Notice Only |
|  | Enhanced Recovery Corp<br>8014 Bayberry Rd<br>Jacksonville, FL  32256 | "Claim Not Filed" | $0.00 | 0.00%<br>"No Interest" | Notice Only |
| 2/2-2 | City of Suffolk - Treasurer's Office<br>442 West Washington Street<br>Suffolk, VA  23434 | 07-Aug-2017 | $719.17 | 0.00%<br>"No Interest" | Unsecured |
|  | William Rountree, Esq<br>Rosenberg & Associates LLC<br>4340 E West Highway, Ste 600<br>Bethesda, MD  20814 | "Claim Not Filed" | $0.00 | 0.00%<br>"No Interest" | Notice Of Appearance |

R. Clinton Stackhouse, Jr.
Chapter 13 Trustee
7021 Harbour View Boulevard, Suite 101
Suffolk, Virginia 23435
(757) 333-4000

Continued on next page...

| Claim# | Creditor Name | Date Filed | Claim Allowed | % Interest | Type |
|---|---|---|---|---|---|
| 6 | Ashley Funding Services<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC  29603 | 27-Sep-2017 | $14.06 | 0.00%<br>"No Interest" | Unsecured |
|  | Jodan B. Kozik<br>Rosenburg & Associates, LLC<br>4340 East West Highway, Suite 600<br>Bethesda, MD  20814 | "Claim Not Filed" | $0.00 | 0.00%<br>"No Interest" | Notice Of Appearance |
| 5 | Navy Federal Credit Union<br>PO BOX 3000<br>Merrifield, VA  22119-3000 | 08-Sep-2017 | $1,675.31 | 0.00%<br>"No Interest" | Unsecured |

17-72463-SCS                                                                                   Last page of report.

WHEREFORE, your trustee prays that those claims which have been filed be deemed allowed for the purpose of distribution indicated above.

DATED:  March 30, 2018
17-72463-SCS

/s/ R. Clinton Stackhouse, Jr.
_____
R. Clinton Stackhouse, Jr.
Chapter 13 Trustee

## Certificate of Service

I hereby certify that on March 30, 2018, I have transmitted a true copy of the foregoing Notice and Motion to Allow Claims with the clerk using the CM/ECF system, which will then send electronic notification of such filing to Matthew R. Hahne, Esquire, counsel for the Debtor(s), and that a true copy was mailed, first-class mail, postage prepaid to the Debtor(s) Khary Amin Moorman, 213 Fallawater Way, Suffolk, VA, 23434, Adel Dorathea Moorman, 213 Fallawater Way, Suffolk, VA, 23434, and to all creditors listed in the Motion.

/s/ R. Clinton Stackhouse, Jr.
_____
R. Clinton Stackhouse, Jr.
Chapter 13 Trustee

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

In Re:    Khary Amin Moorman                                                                                              Chapter 13

Adel Dorathea Moorman                                                                                           Case No.:  17-72463-SCS

Debtor(s)

SSN:    XXX-XX-8546    XXX-XX-2008

**ORDER APPROVING CLAIMS**

Upon the Motion To Allow Claims, no adverse interest appearing, the Court finds that the matters stated therein are true and, that;

Pursuant to 11 U.S.C. 502(a) the claims which have been filed as recited in said motion are deemed allowed unless objection is made by the parties receiving the motion; it is therefore,

ORDERED, that within five (5) days, a copy of this order and of the annexed motion be mailed to the debtor(s) and to the debtors' attorney of record, and that the debtor(s) be given thirty days from the date of this order within which to examine the proofs of claim and to file a written objection to any claim which may be improper.  The absence of a timely written objection will be deemed an approval by the debtor(s) of the claims as recited in the Motion. Following entry of this Order, any creditor may file an amended claim to reduce the amount claimed.   Any amended claim purporting to increase the amount of any claim allowed by this Order shall be allowed only upon separate order of the Court.  Any claim not filed as of the date of entry of this Order shall not be allowed, except upon further order of the Court.  Any objection to claim filed after entry of this Order shall make specific reference to this Order, in plain language, so as to advise any creditor or other affected party that the provisions of this Order, as they relate to that specific claim or claims, will be changed if the objection to claim is sustained.

The Clerk shall send a copy of this Order to R. Clinton Stackhouse, Jr., Chapter 13 Trustee, 7021 Harbour View Boulevard, Suite 101, Suffolk, Virginia 23435, the attorney for the debtor(s) and the debtor(s).

Dated: _____                              _____
                                                                                                                                       Judge

                                                                                                            _____
                                                                                                            Entry of Judgement or Order

R. Clinton Stackhouse, Jr.
Chapter 13 Trustee
7021 Harbour View Boulevard, Suite 101
Suffolk, Virginia 23435